UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEWAUN JAMES SWAN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF TACOMA, PIERCE COUNTY JAIL, and TACOMA POLICE, <br><br> Defendants. | CASE NO. 3:18-cv-05329-RBL-JRC <br><br> ORDER TO FILE NEW APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff DeWaun James Swan, proceeding *pro se*, filed this civil rights complaint under 42 U.S.C. § 1983. While in custody at the Pierce County Jail, he also filed a motion for leave to proceed *in forma pauperis* ("motion for IFP"). Dkt. 4. However, plaintiff has now notified the Court of a change of address (*see* dkt. event at 5/29/2018) and, on May 31, 2018, he visited the Clerk's office, indicating he is no longer in custody at the Pierce County Jail. The Court requires a different application when a non-prisoner is applying to proceed *in forma pauperis*. Because of this change of circumstance, it is ORDERED:

1) Plaintiff shall file an updated motion for IFP on or before July 6, 2018.

ORDER TO FILE NEW APPLICATION TO PROCEED
IN FORMA PAUPERIS - 1

2) In the alternative, plaintiff may pay the $400.00 filing fee.

3) The Clerk is directed to provide plaintiff with the forms necessary for a non-prisoner to apply to proceed *in forma pauperis*.

Dated this 1st day of June, 2018.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER TO FILE NEW APPLICATION TO PROCEED
IN FORMA PAUPERIS - 2