UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEWAUN JAMES SWAN,

    Plaintiff,

v.

CITY OF TACOMA, et al. et al.,

    Defendants.

CASE NO. 3:18-cv-05329-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: September 21, 2018

    This 42 U.S.C. § 1983 civil rights matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

    On June 1, 2018, the Court screened plaintiff's complaint and found it deficient because his three named defendants were improper. Dkt. 9. The Court directed plaintiff to file an amended complaint or otherwise show cause why plaintiff's action should not be dismissed. *Id*. Plaintiff filed a response, but failed to address any of the deficiencies identified by the Court in its previous order. Dkt. 10. The Court again entered an order directing plaintiff to file an

1 | amended complaint or otherwise address the deficiencies identified by the Court. Dkt. 11. The
2 | Court provided plaintiff until August 17, 2018 to respond. *Id*. Plaintiff has failed to do so.
3 | Therefore, because plaintiff has failed to obey the Court's order and correct the
4 | deficiencies identified by the Court pursuant to 28 U.S.C. § 1915A, the Court recommends this
5 | action be dismissed without prejudice.
6 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
7 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
8 | 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
9 | review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
10 | of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
11 | *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
12 | imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **September**
13 | **21, 2018** as noted in the caption.
14 | Dated this 31st day of August, 2018.

J. Richard Creatura
United States Magistrate Judge