UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEWAUN JAMES SWAN,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, et al.,<br><br>  Defendants. | CASE NO. 3:18-cv-05329-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) The Court grants plaintiff's Motion to Dismiss (Dkt. 58), and Orders that this action (Amended Complaint, Dkt. 42) is dismissed without prejudice.

**DATED** this 2nd day of October, 2018.

Ronald B. Leighton
United States District Judge