HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEWAUN JAMES SWAN,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF TACOMA,<br><br>        Defendant. | CASE NO. C18-5329 RBL<br><br>**AMENDED** ORDER ADOPTING R&R |

THIS MATTER is before the Court on Magistrate Judge Creatura' Report and Recommendation [Dkt. # 12], recommending dismissal without prejudice, based on Plaintiff Swan's repeated refusal to file an amended complaint.

The Report and Recommendation is ADOPTED.

The case is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated this 5th day of October, 2018.

Ronald B. Leighton
United States District Judge

AMENDED ORDER ADOPTING R&R - 1